A..L. ATWOOD v. Princie MATTHEWS.
8 Div. 160.

Court of Appeals of Alabama.
Jan. 21, 1936.

PER CURIAM.
Appeal dismissed by appellant.

173 So. 916

Lenox ATCHISON v. STATE.
I Div. 279.

Court of Appeals of Alabama.
Feb. 2, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

164 So. 913

Harry BAILEY v. STATE.
6 Div. 844.

Court of Appeals of Alabama.
Dec. 17, 1935.

Jas. Esdale, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

174 So. 897

Joe BAKER v. STATE.
6 Div. 89.

Court of Appeals of Alabama.
May 11, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

169 So. 905

Mrs. Dike (alias Eliza) BAKER v. STATE.
8 Div. 327.

Court of Appeals of Alabama.
May 26, 1936.

RICE, Judge.
Affirmed.

169 So. 905

John BALLAS v. STATE.
8 Div. 325.

Court of Appeals of Alabama.
June 9, 1936.

SAMFORD, Judge.
Affirmed.

171 So. 922

Talmage BARGER v. STATE.
6 Div. 10.

Court of Appeals of Alabama.
Dec. 15, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.